## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s)

v.

CLAIRE PATRICIA HAVILAND, et al.,
ZACHARY S. WINTERS (9)

Defendant(s).

CASE NUMBER

2:24-cr-00570-WLH

### ORDER ON
### APPLICATION FOR WRIT OF HABEAS CORPUS

☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and

that a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee: ZACHARY S. WINTERS

Alias: _____

on _____March 13, 2025_____ at _1:30 p.m._ before Judge/Magistrate Judge _Castillo, Duty Magistrate Judge_
  *(Date of Appearance)*  (Time)

Dated: _____  _____

           **U.S. District Judge/U.S. Magistrate Judge**

G-09 ORDER (10/06)  **ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM/AD TESTIFICANDUM**